**Civil Action No.** 26-cv-4571-AGS-DEB Date Issued: 8/10/26

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* RAMIRO O. RODRIGUEZ

was received by me on *(date)* November 1, 2026.

I personally served the summons on the individual at *(place)* ____________________

____________________ on *(date)* __________; or

I left the summons at the individual's residence or place of abode with *(name)* __________

__________, a person of suitable age and discretion who resides there,

on *(date)* __________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of the individual)* __________, who is

designated by law to accept service of process on behalf of *(name of organization)* __________

____________________ on *(date)* __________; or

I returned the summons unexecuted because ____________________; or

Other *(specify)*: I delivered the summons and complaint for the defendant named above on November 4, 2026 to Internal Affairs Officer Jedlicka # 5866 at the San Diego Police Department Headquarters, 1401 Broadway, San Diego, CA 92101. Fed. R. Civ. P. Rule 4(e)(2)(C) and SDPD Procedure 1.11, sections XIV(B)-(C).

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/04/2026

FILED
NOV 05 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MC DEPUTY

*Server's Signature*

Dennis Pushkin

*Printed name and title*

1427 Market Street, #10, San Diego, California 92101

*Server's address*

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.